UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giselle Moore<br><br>                    Plaintiff,<br><br>v.<br><br>Hyundai Capital America et al<br><br>                    Defendants. | Case No.  CV 17-09007-AB (Ex)<br><br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 25, 2018       _____
                            ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT JUDGE