# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE MOORE, | Case No. |
| Plaintiff, | 2:17-cv-09007-AB-E |
| vs. | (**PROPOSED**) ORDER |
| HYUNDAI CAPITAL AMERICA dba KIA MOTORS FINANCE, and DOES 1-10, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

Dated this: December 20, 2018

_____
Honorable Judge of the District Court

Order to Dismiss - 1